## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian Kristopher Boyd | Case Number: 0980 2:18CR00033-RMP-1 |

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: August 22, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 6 months<br>TSR - 3 years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: September 20, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 19, 2021 |

### PETITIONING THE COURT

To issue a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Boyd is alleged to have violated mandatory condition number 1, by assaulting his girlfriend on or about August 12, 2019, with charges being lodged against Mr. Boyd relative to this matter on August 13, 2019.<br><br>On September 20, 2018, Mr. Brian Boyd signed his conditions relative to case number 2:18CR00033-RMP-1, indicating he understood all conditions as ordered by the Court.<br><br>Specifically, on August 15, 2019, both the police report and the statement of facts documents were received relative to this matter. According to the reports received, on August 12, 2019, at approximately 10:49 p.m. the Airway Heights Police Department was dispatched to a report of domestic violence. Dispatch advised that the reporting party advised that she had been "punched in the face" by her boyfriend.<br><br>According to victim testimony, both herself and her boyfriend, whom she identified as the offender, had traveled to a local store in Airway Heights to purchase beef jerky for her 3-year-old daughter. Upon her departure from the store the client accused her of flirting with two unidentified men in the store. Mr. Boyd then "punched" the right side of her face. Upon |

the victim's statement that she would be contacting authorities the client exited the vehicle and began to run northbound. It should be noted, that law enforcement did indicate an observed red/purple mark on her right cheek and discoloration on her ear.

During law enforcement's contact with the victim the responding officer observed a text to the victim from the offender that stated "Bing Im sorry but on everything I love them ugly mutherfuckers were howling around. And I flipped ... I told your ass if I stayed with you this would happen. You knew it would. You pretty much were a ticking time bomb for a motherfucker like me." "Everything I've worked so hard for down the fucking drain."

Mr. Boyd was later arrested relative to this matter on August 13, 2019, and was questioned by the investigating officer as to why he understood himself to be in custody, at which point the client stated "I kinda backhanded my old lady in the face."

Based on the evidence present, law enforcement developed probable cause to arrest the client for assault in the 4th degree domestic violence. Assault in the 4th degree domestic violence is a violation of 9A.36.041, and is a gross misdemeanor.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 15, 2019

s/ Chris S. Heinen

Chris S. Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/19/2019
Date