Report Date: October 4, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Kristopher Boyd     Case Number: 0980 2:18CR00033-RMP-1

Address of Offender:     Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 22, 2018

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:     Prison - 6 months          Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Earl A. Hicks              Date Supervision Commenced: September 20, 2018

Defense Attorney:      John Stephen Roberts, Jr.  Date Supervision Expires: September 19, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition# 4** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Boyd was in direct violation of special condition number 4 by self-disclosing he used methamphetamine on September 28, 2019. |
| | On September 20, 2018, Mr. Brian Boyd signed his conditions relative to case number 2:18CR00033-RMP-1, indicating he understood all conditions as ordered by the Court. |
| | The undersigned officer had attempted to gain contact with Mr. Boyd since the beginning of September 2019. No calls or text messages were returned. Due to this, a home contact was conducted on September 30, 2019. |
| | Mr. Boyd was located in his room and stated he had forgot to return the undersigned's calls or texts. He was directed to report to the U.S. Probation Office to supply a urine sample. Mr. Boyd stated it would be positive for methamphetamine. He reported his last use was on September 28, 2019. |

It should also be noted, Mr. Boyd supplied a urine sample on October 2, 2019, which tested positive for methamphetamine. He admitted it was still in his system since his use on September 28, 2019.

3      **Special Condition# 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Boyd was in direct violation of special condition number 5 by self-disclosing he consumed alcohol on September 28, 2019.

On September 20, 2018, Mr. Brian Boyd signed his conditions relative to case number 2:18CR00033-RMP-1, indicating he understood all conditions as ordered by the Court.

The undersigned officer had attempted to gain contact with Mr. Boyd since the beginning of September 2019. No calls or text messages were returned. Due to this, a home contact was conducted on September 30, 2019.

Mr. Boyd was located in his room and stated he had forgot to return the undersigned's calls or texts. He was directed to report to the U.S. Probation Office to supply a urine sample. At that time, Mr. Boyd admitted to drug use and that he had recently consumed alcohol. He stated his last use of alcohol was on September 28, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/04/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: Boyd, Brian Kristopher**
**October 4, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

10/4/2019
_____
Date