PROB 12C
(6/16)

Report Date: March 1, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian Kristopher Boyd | Case Number: 0980 2:18CR00033-RMP-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: August 22, 2018 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: September 20, 2018 |
| Defense Attorney: John Stephen Roberts, Jr. | Date Supervision Expires: September 19, 2021 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Brian Boyd is in violation of special condition number 4 by using methamphetamine on or about February 23, 2021.<br><br>On September 20, 2018, Brian Boyd signed his conditions of supervision relative to case number 2:18CR00033-RMP-1, indicating he understood all conditions as ordered by the Court.<br><br>On February 24, 2021, the undersigned officer attempted to obtain a urine sample from Mr. Boyd at his residence. The undersigned had previously talked to Mr. Boyd, who verified he was at his residence and would supply a urine sample. However, once this officer knocked on his door, Mr. Boyd failed to come out of his apartment.<br><br>A follow-up call revealed Mr. Boyd had been struggling with illegal drug use. He reported having used methamphetamine on February 23, 2021. On February 24, 2021, he submitted a urine sample at Pioneer Human Services (PHS), which tested positive for methamphetamine. Mr. Boyd signed a drug use admission form indicating his use. |

Prob12C
**Re: Boyd, Brian Kristopher**
**March 1, 2021**
**Page 2**

|   |   |
|---|---|
| 2 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: It is alleged that Mr. Boyd is in violation of special condition number 5 by consuming alcohol on or about February 23, 2021.

On September 20, 2018, Brian Boyd signed his conditions of supervision relative to case number 2:18CR00033-RMP-1, indicating he understood all conditions as ordered by the Court.

On February 24, 2021, Mr. Boyd disclosed consuming alcohol with friends on or about February 23, 2021. He fully understood that this act violated his terms of supervision.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/01/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/1/2021
Date